UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JESSICA ELY,**

Plaintiff,

v.                                              **No. 4:25-cv-1467-P-BJ**

**THE L MAKEUP AGENCY & INSTITUTE,
LLC, ET AL.,**

Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 32. Plaintiff filed Objections on March 3, 2026, and the Magistrate Judge's Recommendation is ripe for review. The undersigned District Judge *de novo* reviewed the proposed Findings, Conclusions, and Recommendation and the Objections. Accordingly, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Plaintiff's objections are **OVERRULLED**. The Court therefore **AFFIRMS** the Magistrate's decision. Plaintiff's Motion to Strike is hereby **DENIED**.

**SO ORDERED** on this **7th day of April 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE